■ In the Matter of COVERALL SERVICE & SUPPLY, INC., Appellant, against VINCENT C. MANZELLA et al., as Assessors of the City of Buffalo, Respondents.— Final order unanimously affirmed, without costs of this appeal to any party. (Appeal from a final order of Erie Special Term confirming the assessments on petitioner's realty in the City of Buffalo for the years 1955 and 1957.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ ROSA L. JONES, Respondent, v. WILLIAM G. BUIE, Appellant, et al., Defendant.— Judgment and order insofar as appealed from unanimously affirmed, with costs. (Appeal from a judgment and part of an order of Monroe Trial Term for plaintiff and against defendant Buie, in an automobile negligence action. The part of the order appealed from denied a motion by defendant Buie to set aside the verdict as being in violation of section 463-a of the Civil Practice Act.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ In the Matter of the Estate of KIRICOULA GARRAS, Deceased. SULTANA NICHOLSON, as Administratrix of the Estate of KIRICOULA GARRAS, Deceased, Appellant; SERAFIM GARRAS, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from an order of Cattaraugus Surrogate's Court denying a motion by the administratrix to dismiss the petition for failure to prosecute diligently the special proceeding.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ JULIA FOX, as Administratrix of the Estate of GERALD W. FOX, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 36536.) — Order unanimously affirmed, with $10 costs and disbursements. (Appeal from an order of Court of Claims granting a motion by claimant for an examination of certain State's agents, officers and employees, and the examination of certain books, records and blueprints.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.